UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B.P.,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>LEE DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>    Defendants. | Case No. 25-cv-02608-PHK<br><br>**ORDER GRANTING PARTIES' STIPULATION; REMAND ORDER**<br><br>Re: Dkt. 20 |

Based upon the Parties' Stipulation to Voluntarily Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown**, IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412, *et seq*.

**IT IS SO ORDERED.**

Dated: December 1, 2025

                                              PETER H. KANG
                                              United States Magistrate Judge

---

[1] Due to significant privacy concerns in social security cases, the Court refers to the Plaintiff only by their first and last initial.